# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BALBO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEN CLARK, et.al.,<br><br>　　　　　Respondent. | 1:08-cv-00130 AWI DLB HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DENYING ALL PENDING MOTIONS AS MOOT, AND DIRECTING CLERK OF COURT TO TERMINATE ACTION<br><br>[Doc. 8] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On February 26, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

　　　　On March 20, 2008, Petitioner filed timely objections to the Findings and Recommendation.  (Court Docs. 13, 14.)

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.  In this action, Petitioner is clearly complaining

about the conditions of his confinement.  As explained by the Magistrate Judge, a federal petition for writ of habeas corpus concerns whether a petitioner is in custody in violation of the Constitution.  28 U.S.C. § 2254(a).  While challenges to a state court's incarceration of a petitioner or the length of that incarceration are proper in a petition for writ of habeas corpus, challenges to the *conditions of prison life* are properly brought under 42 U.S.C. § 1983.  See McCarthy v. Bronson, 500 U.S. 136, 142 (1991); Preiser v. Rodriguez, 411 U.S. 475, 498-99 n.15 (1973); Advisory Committee Notes to Rule 1 of the Rules Governing Section 2254 Cases.  The objections confirm, that Petitioner is complaining about his access to legal materials and other problems with the prison.   Such claims are not appropriate in a petition for habeas corpus brought pursuant to 28 U.S.C. § 2254.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued February 26, 2008, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DISMISSED;
3. All pending motions are DENIED as MOOT;
4. The Clerk of the Court is DIRECTED to send Petitioner the standard form for a civil rights action and then to close this action.

This order terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   April 16, 2008**                     /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE